UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK ALAN LANE, | ) | No. CV 13-8448-GW(PLA) |
| Petitioner, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| L. McGREW, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the order accepting the magistrate judge's second report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 14, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE